# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDON M. ORAVETZ,

    Plaintiff

v.

J. PARR, et. al.,

    Defendants

Case No.: 3:19-cv-00530-MMD-WGC

**Order**

Re: ECF No. 9

    Before the court is Plaintiff's Motion for leave to Enter Discovery. (ECF No. 9.)

    The court has concurrently entered its post-stay order following the unsuccessful efforts to settle this case at an early mediation conference, and ordered the complaint served on the Office of the Attorney General. The court gave the Attorney General's Office 21 days to file a notice advising the court of the defendants for whom it may accept service, and filing under seal the last known address of those defendants for whom it does not accept service so that they may be served.

    Plaintiff's motion seeking discovery (ECF No. 9) is premature as no defendant has yet formally appeared in this case. Moreover, once a defendant(s) does appear in the case, Plaintiff should consult the Federal Rules of Civil Procedure and Local Rules pertaining to discovery and should direct any discovery requests to the defendant's counsel, instead of filing it with the court. *See* Fed. R. Civ. P. 5(d)(1)(A) and Local Rule 26-7 (providing that discovery requests and responses must not be filed with the court until they are used in the proceeding (i.e., to support a motion to compel discovery or a motion for protective order) or the court orders the filing).

For these reasons, Plaintiff's Motion for Leave to Enter Discovery (ECF No. 9) is **DENIED**.

**IT IS SO ORDERED**.

Dated: November 16, 2020

                                                                                  _____
William G. Cobb
United States Magistrate Judge