# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

BRANDON ORAVETZ,

    Plaintiff

v.

J. PARR,

    Defendants

Case No.: 3:19-cv-00530-MMD-WGC

**Order**

Re: ECF No. 11

    Plaintiff is an inmate incarcerated within the Nevada Department of Corrections (NDOC). He filed an application to proceed in forma pauperis (IFP) for an inmate and pro se civil rights complaint pursuant to 42 U.S.C. § 1983. The court screened the complaint and allowed Plaintiff to proceed with an Eighth Amendment excessive force claim against Parr, as well as John Does 1-7, when Plaintiff learns their identity. (ECF No. 4.)

    Deputy Attorney General Andrea M. Dominguez entered a limited notice of appearance on behalf of defendant Parr for purposes of participating in an Early Medication Conference (EMC). (ECF No. 5.) The EMC took place on November 3, 2020, but the parties were unsuccessful in reaching a settlement. (ECF No. 7.) The court subsequently entered an order granting Plaintiff's IFP application, and ordered that the complaint be served on the Office of the Attorney General (AG). The court directed the AG to file a notice as to whether it would accept service for the defendants. (ECF No. 14.)

    On the same day that order was entered, Plaintiff filed a motion for appointment of counsel. (ECF No. 11.) He states that he was adjudicated guilty but mentally ill in his underlying criminal case, and that because of this he would have problems litigating this case.

If a general appearance has not yet been made, then within **21 days** of the date of this Order, the AG shall advise the court whether it will enter a limited notice of appearance on behalf of Defendants, and if so, file a response to Plaintiff's motion for appointment of counsel. Defendants shall file under seal the *relevant* mental health records and/or criminal case records in conjunction with their response. If Plaintiff choose to file a reply, he shall file and serve his reply brief within **14 days** after the response is filed. The court will then determine whether to hold a hearing on the motion for appointment of counsel.

**IT IS SO ORDERED**.

Dated: November 24, 2020

                                                                                   _____
                                                                                   William G. Cobb
                                                                                   United States Magistrate Judge