# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRANDON M. ORAVETZ, | ) | 3:19-cv-00530-MMD-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 4, 2021 |
| J. PARR, et al., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KAREN WALKER     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion to Revisit Appointment of Counsel" (ECF No. 30).

On January 4, 2021, the court entered its Order denying Plaintiff's Motion for Appointment of Counsel (ECF No. 29).

Therefore, Plaintiff's "Motion to Revisit Appointment of Counsel" (ECF No. 30) is **DENIED** for the reasons set forth in the court's order of January 4, 2021 (ECF No. 29).

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:  /s/_____
        Deputy Clerk