**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRANDON M. ORAVETZ,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>J. PARR, et al.,<br>　　　　　　　　　　Defendants. | 3:19-cv-00530-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 93 |

Before the court is Plaintiff's Judicial Notice (ECF No. 93). Plaintiff claims Defendants breached the settlement agreement and requests damages in the amount of $5,000 and "the ability to be able to order a new Score 5 MP3 player." (*Id.* at 2.)

On April 21, 2022, Chief District Judge Miranda M. Du entered an order dismissing this case with prejudice and closed this case. (ECF No. 92.)

Based on the above, Plaintiff's Motion (ECF No. 93) is **DENIED** as the court no longer has jurisdiction over this closed case.

**IT IS SO ORDERED.**

DATED: October 14, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE